UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-60413-CIV-HUCK/BANDSTRA

SILVIA T. CANTON-DE LA TEJA,

    Plaintiff,

v.

COSTA CROCIERE S.P.A. COMPANY,

    Defendant.
_____/

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

    THIS MATTER is before the Court on Defendant's Motion for Summary Judgment (D.E. #13), filed September 9, 2011. The Court has considered the Motion, the parties' submissions related thereto, and is duly advised in the premises. The record in this case discloses that there are genuine issues of material fact precluding an entry of summary judgment, particularly with respect to what caused Plaintiff's fall and whether the tile on which Plaintiff contends she fell amounts to a dangerous condition of which Defendant had a duty to warn. Accordingly, it is hereby

    ORDERED that Defendant's Motion for Summary Judgment is DENIED.

    DONE AND ORDERED in Chambers, Miami, Florida, November 9, 2011.

                                                                         _____
                                                                         Paul C. Huck
                                                                         United States District Judge

Copies furnished to:
Counsel of Record